UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| PEGGY L. HEINTZ, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL J. ASTRUE, )<br>Commissioner of Social Security, )<br>)<br>Defendant. ) | CIVIL NO. 1:07-CV-00079 |

## OPINION AND ORDER

This matter is before the Court on a Motion of Award of Attorney's Fees Pursuant to the Equal Access to Justice Act filed by Plaintiff Peggy L. Heintz on April 16, 2008. (Docket # 26.) Defendant Commissioner of Social Security has declined to file a response.

On February 11, 2008, this Court entered an Opinion and Order remanding this case to the Social Security Administration for further proceedings. (Docket # 24.) Heintz is now seeking $2,075.00 in attorney fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. The EAJA states that "[e]xcept as otherwise specifically provided by statute, a court shall award to a prevailing party other than the United States fees and other expenses . . . incurred by that party in any civil action . . . brought by or against the United States . . . unless the court finds that the position of the United States was substantially justified or that special circumstances make an award unjust." 28 U.S.C. § 2412(d)(1)(A). Here, the Commissioner apparently concedes that an award of fees is appropriate since it has declined to file a response.

Accordingly, Heintz's request for attorney fees will be granted.

## CONCLUSION

For the foregoing reasons, Heintz's motion for award of attorney's fees under the EAJA (Docket # 26) is GRANTED in the amount of $2,075.00.

Enter for May 9, 2008.

S/ Roger B. Cosbey
Roger B. Cosbey
United States Magistrate Judge